```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SUPREME OIL COMPANY,

                Petitioner,

     -against-                         08 Civ. 1875 (LAK)

UFCW LOCAL 174 COMMERICAL HEALTH CARE
FUND AND COMMERCIAL PENSION FUND, et ano.,

                Respondents.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Petitioner moves for an order, pursuant to 9 U.S.C. § 10, dismissing an arbitration noticed by respondents pursuant to the terms of a collective bargaining agreement. The notice and petition invokes jurisdiction pursuant to 9 U.S.C. § 10.

       Neither 9 U.S.C. § 10 nor, more broadly, the Federal Arbitration Act confers subject matter jurisdiction on the federal courts. *E.g., Stolt-Nielsen S.A. v. Celanese A.G.,* 430 F.3d 567, 572 (2d Cir. 2005); *Westmoreland Capital Corp. v. Findlay,* 100 F.3d 263, 267 (2d Cir. 1996). Accordingly, petitioner shall show cause, on or before March 13, 2008, why this action should not be dismissed for lack of subject matter jurisdiction.

       SO ORDERED.

Dated:     March 3, 2008

                                                      Lewis A. Kaplan
                                                United States District Judge