UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SUPREME OIL COMPANY,

               Petitioner,

         -against-                                 08 Civ. 1875 (LAK)

UFCW LOCAL 174 COMMERCIAL HEALTH CARE
FUND AND COMMERCIAL PENSION FUND, and
LOCAL 342 HEALTH CARE FUND,

               Respondents.
------------------------------------------x

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 3/17/08*

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The order to show cause, dated March 4, 2008, is discharged.

        SO ORDERED.

Dated:      March 17, 2008

                                                _____
                                                     Lewis A. Kaplan
                                                United States District Judge